IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WALTER TORRES; and NARCISCO LOPEZ | ) ) ) | No. 3-10-0859 |
| v. | ) ) | |
| STONE WORLD, INC. | ) | |

O R D E R

By contemporaneously entered order, the Court has approved and entered the parties' proposed initial case management order, with modifications addressed at the initial case management conference held on December 30, 2010. Those modifications and other matters addressed on December 30, 2010, are as follows:

1. Counsel represented that there was a significant chance that they will be able to resolve this case in the near future.

**Although not addressed on December 30, 2010, counsel shall file a joint status report by January 31, 2011, indicating whether or not they have reached a resolution of this case and, if so, when they will file an agreed order or stipulation of dismissal, and, if not, whether the potential for settlement remains.**

2. Any motions to join parties shall be filed by February 15, 2011.

3. All discovery-related motions shall be filed on or before August 5, 2011. Alternatively, the parties shall, by August 5, 2011, schedule a telephone conference call with the Court to address any discovery disputes.

4. The parties anticipate little discovery of electronically stored information. Therefore, they are exempted from the provisions of Administrative Order No. 174, entitled "Default Standard for Discovery of Electronically Stored Information ('E-Discovery')," entered July 9, 2007.

5. Any dispositive motion shall be filed by September 1, 2011. Any response shall be filed within 29 days of the filing of the motion or by September 30, 2011, if the motion is filed on

September 1, 2011. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by October 14, 2011, if the response is file don September 30, 2011.

No other filings in support of or in opposition to any dispositive motion except with the express permission of the Honorable Todd J. Campbell, Chief Judge.

No party shall file more than one Rule 12 motion to dismiss or more than more Rule 56 motion for summary judgment.

There shall be no stay of discovery before the August 1, 2011, deadline for completion of fact and expert discovery even if a dispositive motion is filed prior thereto.

Based on the above deadlines, the Court recommends that a jury trial be scheduled no earlier than January 17, 2012. The parties expect that a trial will last no longer than three (3) days.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge